1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  BARRY CARLTON
   Supervising Deputy Attorney General
5  SABRINA Y. LANE-ERWIN
   Deputy Attorney General
6  State Bar No. 167819
    110 West "A" Street, Suite 1100
7   San Diego, CA 92101
    P.O. Box 85266
8   San Diego, CA 92186-5266
    Telephone: (619) 645-2565
9   Fax: (619) 645-2271
    Email: Sabrina.LaneErwin@doj.ca.gov
10 Attorneys for Respondent

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  **CLARKE SHELDON LOWE,** | 07CV 2232 LAB (CAB) |
| 15                    Petitioner, | **MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONDENT'S MOTION TO DISMISS OR ANSWER** |
| 16      v. | |
| 17  **JAMES E. TILTON, Secretary, California Department of Corrections and Rehabilitation,** | |
| 18                    Respondent. | |

19
        Respondent respectfully requests a 30-day enlargement of time to file Respondent's
20
   motion to dismiss or answer in the above-entitled matter. The motion to dismiss is due on February
21
   21, 2008, and the answer is due on March 4, 2008. This is Respondent's second request for an
22
   enlargement of time in this matter. It is based upon the following declaration:
23
        I, SABRINA Y. LANE-ERWIN, declare under penalty of perjury under the laws of the
24
   Unites States of America that the following is true and correct:
25
        1. I am the Deputy Attorney General assigned to handle all pleadings in the above-entitled
26
   matter.
27
        2. Since I returned to my office on January 14, 2008, after being off of work since
28

December 27, 2007, following surgery, I have completed several cases that were assigned to me before this case, including: *People v. Frias* (G038263), *People v. Hekmat* (G038171), and *People v. Wooley* (D050459). Today I will finish my draft of a petition for rehearing (*People v. Delgado* (G037932) that I must have reviewed, processed and filed by February 19, 2008. I have also prepared for a federal court hearing on a death penalty case scheduled for February 15, 2008, in *Mayfield v. Ayers* (CV 97-3742-AHS). I am currently working on an issue that unexpectedly arose in that case. In my first request for an enlargement of time I stated that I planned to turn my attention to this case after the hearing in *Mayfield*. That is still my intent. Thus, I do not expect that I will require any further enlargements of time. For the foregoing reasons, I am requesting a 30-day enlargement of time.

Dated: February 13, 2008, San Diego, California.

Respectfully submitted,

EDMUND G. BROWN, JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

BARRY CARLTON
Supervising Deputy Attorney General

SABRINA Y. LANE-ERWIN
Deputy Attorney General

Attorneys for Respondent

Approved by: _____
Gary W. Schons
Senior Assistant Attorney General

SYL-E:kw
SD2007701166

07cv2232

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Lowe v. Tilton**   No.: **07cv2232**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 15, 2008, I served the attached **motion for an enlargement of time to file respondent's motion to dismiss or answer and proposed order granting enlargement of time** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California 92101, addressed as follows:

**John Lanahan**
**550 West C Street #1670**
**San Diego CA 92101-8557**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 15, 2008, at San Diego, California.

Kimberly Wickenhagen
_____
Declarant

/s/ Kimberly Wickenhagen
_____
Signature