1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  BARRY CARLTON
   Supervising Deputy Attorney General
5  SABRINA Y. LANE-ERWIN, State Bar No. 167819
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2565
    Fax: (619) 645-2271
9   Email: Sabrina.LaneErwin@doj.ca.gov

10 Attorneys for Respondent

11 IN THE UNITED STATES DISTRICT COURT

12 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14 **CLARKE SHELDON LOWE,** | 07cv2232 LAB (CAB) |
| 15 Petitioner, | **NOTICE OF LODGMENT IN 28 U.S.C. §2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE** |
| 16 v. | |
| 17 **JAMES E. TILTON, Secretary,** | |
| 18 Respondent. | |
| 19 | The Honorable Cathy Ann Bencivengo |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  BARRY CARLTON
   Supervising Deputy Attorney General
5  SABRINA Y. LANE-ERWIN, State Bar No. 167819
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2565
    Fax: (619) 645-2271
9   Email: Sabrina.LaneErwin@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLARKE SHELDON LOWE,** | 07cv2232 LAB (CAB) |
| Petitioner, | **NOTICE OF LODGMENT IN 28 U.S.C. §2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE** |
| v. | |
| **JAMES E. TILTON, Secretary,** | |
| Respondent. | |
| | The Honorable Cathy Ann Bencivengo |

20       Respondent hereby lodges with the Court:

21       1.   Appellant's Opening Brief, California Court of Appeal, Fourth Appellate District,

22 Division One;

23       2.   Appellant's Supplemental Opening Brief, California Court of Appeal, Fourth

24 Appellate District, Division One;

25       3.   Respondent's Brief, California Court of Appeal, Fourth Appellate District, Division

26 One;

27       4.   Reply Brief, California Court of Appeal, Fourth Appellate District, Division One;

28

5.   Opinion, California Court of Appeal, Fourth Appellate District, Division One;

6.   Petition for Review, California Supreme Court;

7.   Order Denying Petition for Review, California Supreme Court;

8.   Petition for Writ of Habeas Corpus, San Diego Superior Court;

9.   Order Denying Petition for Writ of Habeas Corpus, San Diego Superior Court;

10.  Petition for Writ of Habeas Corpus, California Court of Appeal, Fourth Appellate District, Division One;

11.  Exhibits in Support of Petition for Writ of Habeas Corpus, California Court of Appeal, Fourth Appellate District, Division One;

12.  Informal Response to Petition for Writ of Habeas Corpus, California Court of Appeal, Fourth Appellate District, Division One;

13.  Reply, California Court of Appeal, Fourth Appellate District, Division One;

14.  Order Denying Petition for Writ of Habeas Corpus, California Court of Appeal, Fourth Appellate District, Division One;

15.  Petition for Review, California Supreme Court;

16.  Order Denying Petition for Review, California Supreme Court.

1    Because these lodged documents are copies, Respondent does not request that they be
2 returned.
3    Dated: March 24, 2008
4                    Respectfully submitted,
5                    EDMUND G. BROWN JR.
                     Attorney General of the State of California
6                    DANE R. GILLETTE
                     Chief Assistant Attorney General
7                    GARY W. SCHONS
                     Senior Assistant Attorney General
8
9                    BARRY CARLTON
                     Supervising Deputy Attorney General
10
11                   s/Sabrina Y. Lane-Erwin
                     SABRINA Y. LANE-ERWIN
12                   Deputy Attorney General
13                   Attorneys for Respondent
                     E-mail:  Sabrina.LaneErwin@doj.ca.gov
14
15  SYLE:mgs
    80219871.wpd
16  SD2007701166
17
18
19
20
21
22
23
24
25
26
27
28

07cv2232

3

## CERTIFICATE OF SERVICE

Case Name:  **Lowe v. Tilton**            No.:   **07cv2232 LAB (CAB)**

I declare:

On <u>March 24, 2008</u>, I electronically filed the following document(s):

**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

lawnahan@sbcglobal.net,jlanalaw@aol.com

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

NONE

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 24, 2008, at San Diego, California.

_____            _____
        Maria G. Stawarz                                    Signature
            Declarant

SD2007701166
80220209.wpd