UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARKE SHELDON LOWE, | ) Civil No. 07cv2232-LAB(CAB) |
| | ) |
| Petitioner, | ) **CERTIFICATE OF SERVICE** |
| | ) |
| v. | ) |
| | ) |
| JAMES E. TILTON, Secretary, California Department of Corrections and Rehabilitation, | ) |
| | ) |
| Respondent. | ) |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 550 West C Street, Suite 1670, San Diego, California, 92101-8557;

3) That I caused the PETITIONER'S OBJECTIONS TO REPORT AND RECOMMENDATION to be electronically served on the following persons are currently on the list of notices for this case:

Deputy Attorney General Sabrina Y. Lane-Erwin
docketingsdawt@doj.ca.gov
Sabrina.LaneErwin@doj.ca.gov
Attorney for Respondent

4) I manually mailed to the petitioner, Clarke Sheldon Lowe, a copy of these objections.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 25, 2008, at San Diego, California.

/s/ *John Lanahan*
JOHN LANAHAN