# UNITED STATES DISTRICT COURT

### Southern District of California

Clarke Sheldon Lowe

                         Plaintiff,

v.                                                Case No.: 3:07–cv–02232–LAB–CAB

                                                       Judge Larry Alan Burns

James E. Tilton

                        Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Respondent's Motion to Dismiss is granted, and this action is dismissed in its entirety.

                                                                                 W. Samuel Hamrick, Jr.,
                                                                                       Clerk of the Court

Date: 8/28/08

                                                                          By: s/ P. Dela Cruz, Deputy Clerk

                                                                          ENTERED ON: August 28, 2008